UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Kevin Clifford

v.                                          Case No. 1:13-mc-11-LM

Gemb Lending, Inc., et al

## ORDER

The Plaintiff in this matter, Kevin Clifford, attempted to file what he characterizes as a "Registration of a Foreign Judgment." Attempts to register a foreign judgment are governed by 28 U.S.C. § 1963. The documents filed by Mr. Clifford do not comply with the requirements of 28 U.S.C. § 1963 and do not represent a valid judgment issued by a state or federal court. Thus, the filings shall not be given the legal force and effect of a properly filed foreign judgment pursuant to 28 U.S.C. § 1963. As such, the clerk's office shall issue no process on this filing and Mr. Clifford shall not attempt to levy or otherwise enforce this filing as a properly registered foreign judgment in this district.

SO ORDERED.

_____
Daniel J. Lynch
United States Magistrate Judge

Date: February 27, 2013

cc: Kevin Clifford, pro se